NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


GOLDROCK, INC., as trustee,       )
                                  )
        Appellant,                )
                                  )
v.                                )       Case No.  2D18-1852
                                  )
PLANET HOME LENDING, LLC;         )
CONNIE E. ROBINSON; ROBERT R.     )
ROBINSON; CHANNING PARK           )
PROPERTY OWNERS ASSOCIATION,      )
INC.; and UNKNOWN TENANT          )
OCCUPANT(S) #1,                   )
                                  )
        Appellees.                )
_____)

Opinion filed April 26, 2019.

Appeal from the Circuit Court for
Hillsborough County; Gregory P. Holder,
Judge.

Ivan D. Ivanov of The Ivanov Firm, P.A.,
Tampa, for Appellant.

Barbara A. Eagan of Eagan Appellate
Law, PLLC, Orlando, for Appellee Planet
Home Lending, LLC.


PER CURIAM.


        Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.